# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jshehaun O'Dell Jones,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                          3:01-cv-671-3

Aramark Food Services et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/24/05 Order.

**Signed: August 25, 2005**

Frank G. Johns, Clerk
United States District Court